**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

Michael Sessa,

                        Plaintiff,

            v.

AbleTo, Inc.,

                        Defendant.

Case No. 8:23-cv-02219-TPB-CPT

**JOINT STIPULATION**

Plaintiff Michael Sessa ("Plaintiff") and Defendant AbleTo, Inc. ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, agree to the following Joint Stipulation.

1.      Pursuant to the Court's Order, dated May 30, 2025 [ECF. No. 126], the current deadline for Plaintiff to file his motion for preliminary approval of class settlement is July 15, 2025.

2.      The Parties have worked diligently to draft the class settlement agreement and preliminary approval motion. However, due to availability and scheduling issues, the Parties are currently working to schedule the confirmatory deposition of Defendant's representative, which will likely be set for no later than August 1, 2025.

3.      Plaintiff will need the information from the confirmatory deposition to finalize his motion for preliminary approval.  Thus, the Parties request that the current deadline for Plaintiff to file his motion for preliminary approval of the class

settlement be extended by 24 days to August 8, 2025 in order to allow for confirmatory discovery and the finalization of the motion for preliminary approval of class settlement. This request is made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED.**

Dated: July 15, 2025

Respectfully submitted,

*/s/ Ryan L. McBride*
Ryan L. McBride
Florida State Bar No. 1010101
Kazerouni Law Group, APC
2221 Camino Del Rio S., #101
San Diego, CA 92108
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
ryan@kazlg.com

/s/ Billy Howard
William ("Billy") Howard, Esq.
Florida Bar No. 101754
billy@theconsumerprotectionfirm.com
401 East Jackson St., Suite 2340
Tampa, Florida 33602

*Counsel for Plaintiff*

*/s/ Carolyn A. DeLone*
Carolyn A. DeLone
Adam K. Levin
Katherine I. Culora
Victoria L. Glover
HOGAN LOVELLS US LLP

555 13th Street NW
Washington, DC 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
carrie.delone@hoganlovells.com
adam.levin@hoganlovells.com
katherine.culora@hoganlovells.com
victoria.glover@hoganlovells.com

Allen P. Pegg
Florida Bar No. 597821
HOGAN LOVELLS US LLP 600 Brickell
Avenue, Suite 2700 Miami, FL 33131
Tel: (305) 459-6500
Fax: (305) 459-6550
allen.pegg@hoganlovells.com

*Counsel for Defendant AbleTo, Inc.*

-3-

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 15, 2025, I served the foregoing pleading via the Court's electronic filing system, pursuant to the Electronic Filing Procedures, on the attorneys of record.

_/s/ Ryan L. McBride_
Ryan L. McBride